**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| BERWICK TOWNSHIP, | : No. 923 MAL 2016 |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| ROBERT F. O'BRIEN, LINDA A. O'BRIEN, | : |
| ROBERT F. O'BRIEN, JR., AND LYDIA A. | : |
| O'BRIEN, | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.